UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mr. Alfred Joseph

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

2287 EDMS Realty LLC
6801 Main St.
Flushing, NY
                    11367-1310

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

2023 APR 20 PM 12: 1

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_3ʳᵈ Amendment (Military Home Invasion - Deputy Marshalls Refusing To Relinquish My Properties Which Were Court order to be seized for my sole Recovery ; reinvestment personally) 4ᵗʰ Amendment: Illegal Search ; Seizure_

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _mr. Alfred Joseph , Esq._ , is a citizen of the State of
(Plaintiff's name)

_New York._
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Denny Fernandez_[10] , is a citizen of the State of
(Defendant's name)

_Bronx, New York_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_Mexico_ .

If the defendant is a corporation:

The defendant, _2287 EDMS Realty_ **LLC**, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _Bronx, NY_

or is incorporated under the laws of (foreign state) _New Jersey_

and has its principal place of business in _Bronx, New York_ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_mr. Alfred_                          _Joseph_
First Name            Middle Initial        Last Name

_2287 University Ave._
Street Address

_Bronx_                    _NY_            _10468_
County, City                State           Zip Code

_929-763-0402_              _alfred.Joseph1979@gmail.com_
Telephone Number           Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:        _Wilson_____

First Name                    Last Name

_Social Worker_____

Current Job Title (or other identifying information)

_2287 University Ave._____

Current Work Address (or other address where defendant may be served)

_Bronx_____ _NY_____ _10468_____

County, City                    State              Zip Code


Defendant 2:        _Fernandez_____

First Name                    Last Name

_Social Worker_____

Current Job Title (or other identifying information)

_2287 University Ave._____

Current Work Address (or other address where defendant may be served)

_Bronx_____ _NY_____ _10468_____

County, City                    State              Zip Code


Defendant 3:      _2287 EDMS REALTY LLC_____

First Name

_Owner (Non-Profit Clintership Democracy)_____

Current Job Title (or other identifying information)

_6801 Main St._____

Current Work Address (or other address where defendant may be served)

_Flushing_____ _NY_____ _11367-1310_____

County, City                    State              Zip Code

Defendant 4:  _TAR-ROB PROP INC._

First Name                    Last Name

_Prior Acting Owner_

Current Job Title (or other identifying information)

_70 Kensington Cir._

Current Work Address (or other address where defendant may be served)

_Manhasset          NY          11030-4100_

County, City                    State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  _2282 University Ave. Bronx, NY 10468_

Date(s) of occurrence:  _12-11-2022_

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_I Was Introduced into This Program When It Was Called The TAR-ROB Prop INC. Here At 2282 University Ave. Bronx, New York; A Realty Independent Living Program Which Was Established By BRC Homeless Outreach Members To Help Me with My Identity Restoration ; Account Stabilization; To Provide The Expert Program Directors, Which Were Supposed To Help Me Find Financial Stability; Security; Independences To Establish A Safe; Liveable; Manageable Workforce Environment Which I Could Manage ; Organize On The Levels Of My Discretion When Implementing My Rule ; Regulations Of My Business Operations;_

Administrative Reforms; ³ Financial Allocations Of My Investments While Being Allowed To Recover My Returns of my Investments Rates of Interest; Net Incomes; ³ The Reinvestments of My Retained **Earnings** Within The Expansions of The New ³ **Revised** Reformed Policies Which I Choose To Implement After The Company Was Supposed To **Downsize** ³ Relinquish To Me; Before Using My Funds Which Were Recovered With My **Attendance**, For The Companies Own Personal Use ; ³ Embezzlements of Fraudulent Endeavors, without My Consent. ⁶

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I Was Raped; ³ **Retaliated** Upon For My Good Faith Use of The Civil Procedure Against New York; ³ The Baton Rouge Congress of Louisiana, Whom Are Now Using Extended Families To Extort; Coerce; Soccer; ³ Misappropriate My Funds ³ Properties Via Fraud ; ³ Forgery, While Feigning To Be Working On My Behalf.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I Want The Court To Award Me All **Monies** Entitled Under The TimeShares of The TAR-ROB Prop Inc. 70 Kensington Cir. Manhasset NY 11030-4106 From Jan. 15, **2010**, ³ Before; ³ Jan. 16, 2010 until Jan. 15, 2023, When It **Reformed** Via **Corporate** Espionage; ³ Malfeasance, Into The ²²²²² 2287 EDMS REALTY, LLC 6801 Main St. Flushing, NY **11367-1310**, In Addition To All Lost Wages; Libels; ; ³ Punitives Which Are Found To Be Deserving To The Plaintiff, Due To The Gross Negligence; Insubordination; Retaliation; ³ Discrimination I Have Suffered, **IN RESULTS** OF THE **AFOREMENTIONED.**

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| _04-20-2023_ | _mr. Alfred Joseph, esq._ |
| Dated | Plaintiff's Signature |
| _Alfred_ | _Joseph_ |
| First Name          Middle Initial | Last Name |
| _2287 University Avenue_ | |
| Street Address | |
| _Bronx,_          _New York_ | _10468_ |
| County, City          State | Zip Code |
| _929-763-0402_ | _alfredJoseph1979@gmail.com_ |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

**United States District Court**
**Southern District of New York**

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1.  Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2.  Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1.  You will no longer receive documents in the mail;

2.  If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3.  This service does *not* allow you to electronically file your documents;

4.  It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

500 PEARL STREET | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

PRO SE INTAKE UNIT: 212-805-0175

rev. 2/9/15